

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-25-1994

# Venen v. USA

Precedential or Non-Precedential:

Docket 94-3050

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Venen v. USA" (1994). *1994 Decisions.* Paper 163.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/163

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DAVID P. VENEN,

Appellant

v.

UNITED STATES OF AMERICA,

Appellee


On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 92-1991)


Submitted Under Third Circuit LAR 34.1(a)
July 26, 1994

Before: BECKER and ALITO, Circuit Judges
and BRODY, District Judge[*]

(Opinion Filed October 18, 1994)

PETER M. SUWAK
Pete's Surplus Building
P.O. Box #1
Washington, PA  15301

Attorney for Appellant

LORETTA C. ARGRETT
Assistant Attorney General
GARY R. ALLEN
WILLIAM S. ESTABROOK
RANDOLPH L. HUTTER
Attorneys Tax Division
Department of Justice
P.O. Box #502
Washington, DC  20044

_____

     [*]  Hon. Anita B. Brody, United States District Judge for the
Eastern District of Pennsylvania, sitting by designation.

BONNIE R. SCHLUETER
Assistant U.S. Attorney
633 U.S. Post Office &
Courthouse
Pittsburgh, PA  15219

<u>Attorneys for Appellees</u>

---

**ORDER AMENDING OPINION**

---

BRODY, <u>District Judge</u>.

The opinion in the above-captioned case filed on October 18, 1994, is amended as follows:

Delete the paragraph beginning with the words "Finally, the result . . ." at the bottom of page 13 and ending with the words "on collection activity . . ." on page 14.

BY THE COURT:

/s/ Anita B. Brody

———————————————
District Judge

DATED:  10-25-94